Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRICK C. LYNN, #64377 )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLIE WILLNAUER, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 19-cv-3117-HLT |

### MOTION TO FILE CONVENTIONALLY EXHIBITS TO INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and submits this Motion to File Conventionally Exhibits to the report pursuant to "Martinez v. Aaron" Investigation using a conventional method. In Support of this Motion, Counsel would state as follows:

1.  The digital volume of Exhibit 4 is comprised of six separate videos of plaintiff on December 30 and 31, 2019, which is 338 megabytes of data in size. The limitations on internet capability imposed by the agency are many times less than would be required to file this with the Court electronically.

2.      The digital volume of Exhibit 32 is a portion of plaintiff's medical record is a portion of plaintiff's medical record which is 324 megabytes in size. Again, the file size is much too large to file electronically due to the limitations of counsel's internet capability.

3.      For the above reason it is not feasible for counsel directed to prepare this Martinez Report to file the videos of the events occurring on December 30 and 31, 2019, and the medical record, electronically.

4.      For security reasons plaintiff will not be allowed to possess the media discs, but will be allowed to view the content upon reasonable notice at a reasonable time.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 4 and Exhibit 32 to the Martinez Report in a conventional form rather than electronically.

                Respectfully submitted,

                Jon D. Graves, Legal Counsel, SC #10554
                Hutchinson Correctional Facility
                P.O. Box 1568
                Hutchinson, KS 67504-1568
                (620) 625-7253

                <u>/s/ Jon D. Graves</u>
                Jon D. Graves

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic

filing to the following: Dennis Depew, Attorney General, Memorial Bldg., 2nd Floor, 120 S.W. 10th Ave., Topeka, KS 66612-1597 and by mailing a copy to:

>Patrick Lynn #64377
>El Dorado Correctional Facility
>P.O. Box 311
>El Dorado, KS 67042

<u>/s/ Jon D. Graves</u>
Jon D. Graves