IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PATRICK C. LYNN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CHARLIE WILLNAUER, et al.,**<br><br>    **Defendants.** | Case No. 5:19-cv-03117-HLT |

## ORDER

Plaintiff, Patrick C. Lynn, brings this pro se prisoner civil rights case under 42 U.S.C. § 1983. On November 8, 2021, the Kansas Department of Corrections ("KDOC") filed a *Martinez* Report (Doc. 63) as directed by the Court. This matter is before the Court on the KDOC's motion to file certain exhibits to the *Martinez* Report conventionally (Doc. 64) and under seal (Doc. 65).

The KDOC seeks to file Exhibits 4 and 32 conventionally because their size prohibits them from being filed electronically. Exhibit 4 consists of six separate videos and Exhibit 32 contains Plaintiff's medical records. The KDOC has indicated that while Plaintiff will not be allowed to possess the media discs, he will be allowed to view the content upon reasonable notice at a reasonable time. The Court grants the motion and Exhibits 4 and 32 to the *Martinez* Report shall be filed conventionally.

The KDOC also seeks to file Exhibit 32 under seal because it contains Plaintiff's medical records as well as other confidential information, including his date of birth. The KDOC has again indicated that Plaintiff will be allowed to view the medical records, but will not be allowed to keep the DVD in his property. The Court grants the motion and Exhibit 32 shall be filed under seal.

THE COURT THEREFORE ORDERS that the KDOC's motions at Docs. 64 and 65 are **granted**.  Exhibits 4 and 32 to the *Martinez* Report shall be filed conventionally.  Exhibit 32 shall also be filed under seal.

IT IS SO ORDERED.

Dated: November 8, 2021                               /s/ *Holly L. Teeter*
                                                                    HOLLY L. TEETER
                                                                      UNITED STATES DISTRICT JUDGE