U.S. District Court
District of Kansas

Patrick Lynn,
Plaintiff
v.
Charlie Willnauer, et al.,
Defendants

C/A # 19-CV-3117-HLT

Plaintiff's Rebuttal To KDOC-HCF Atty.
Jon Graves' Martinez Report Frauds (Doc. #63)

The pro se Plaintiff Patrick Lynn moves as styled above & he declares under penalty of perjury per 28 USC §1746 that the following rebuttals, responses, rebukes, & vigorous condemnations are true & correct, & he further prays the Court to invoke its authority & refer these matters to the KS U.S. Atty.'s ofc. for investigations & presentation to the sitting Grand Jury for their determinations on whether indictments/prosecutions are in fact overdue — per 18 USC §3332(a), & under 18 USC §§ 241, 242, 1621, 371...

Plaintiff presents:

I. Preliminary Facts:
1.) He does not dispute atty. Graves opening recitations on Pg. 1 & 2 of Doc. #63, & he takes issue w/ the Court's myopic review & arbitrary dismissal of the vast majority of named defendants & sound actionable claims, which constitutes an abuse of discretion, in Doc. #45.

II. Re Atty. Graves' "Summary of Plaintiff's Allegations" Regarding HCF Defendants:
1.) Atty. Graves' summary of the facts is unreliable & amply refuted by Plaintiff's sworn Complaint evidence (Doc. 43) & the pleadings he submits herewith.
2.) Plaintiff indeed suffered a heart attack on 12-30-19 & after a series of malicious indifferences from the HCF SST's (2) who took him to Seg. on former Capt. Peppiatt (she was fired not long after these events due to a sex scandal w/ subordinate staff even though she was married to an HCF Sgt. Peppiatt) & left him alone in the back of Seg. shower stalls some 50 yds. from nearest guards for about an hour & all while protesting heart attack symptoms & finally assessed in the Seg. unit & sent to the clinic & due to his condition, the on-call Dr. ordered that—

1 of 18

a traponin sample taken & placement in the Infirmary.

3.) Plaintiff angrily disputes Graves' frauds claiming "Nurses Denton (long dead before Graves' Rpt. concoctions) & Dickerson (not Dick-in-son) said the rest result was 0.007."
  Note Dickerson's Affidavit, Ex. #8, is devoid of any mention that the test result was 0.007.

4.) Plaintiff disputes as well, Dickerson's Affidavit claims that she "suffers from no impairment & is otherwise competent to make her Affidavit" —— what she did to me in conjunction w/ the others on 12-30 & 31-19 was criminal, unconstitutional, immoral, unethical, & was blatant medical malpractice & was NOT an isolated event. (she was involved in the medical malpractice murder of another HCF resident in the Infirmary, See Walker v. Corizon, KS Dct. C/A #17-CV-2601-JCC) & I believe in Mr. Scott Hill's wrongful death & RN. Vargas-Hoffman.

5.) HSA Lundry's Affidavit / Ex. #3 at Para. #13. on Pg. 4 plainly states:
  "Mr. Lynn's Traponin lab results came back at 0.075 ng/ml"
(This is a significant difference & twice the "normal" rate being cited.
  (See also Exhibit B attached - its acutely relevant))

6.) Its critically important for this Court (& the 10th Circuit, since I have zero trust in Judge Teeter's ability or willingness to be fair & impartial on any matter involving me in the face of her complicities w/ the corrupt evil transgressions / atrocities against me by Eric Melgren while he was the political appointee as the KS U.S. Atty. which most all knowledgeable law trained & political observers of KS know, was simply his "reward" for decades of butt-smooching Sammy Brownback's backside & likewise his lifetime "judgship" reward) & it takes superior moral/ethical courage to condemn Melgren's criminal retaliations against me to deny me court access for actionable wrongs & injuries, & Teeter simply doesn't have the courage or integrity to act to right Melgren's putrid abuses of authority) to closely scrutinize Exhibit A herewith (the Affidavit of HCF's APRN Carmen Baynham, filed as Ex. #11/Doc 69 in Lynn v. Sammy Cline, etal. C/A #19-CV-3003-EFM, now before the 10th Cir. as Lynn v. Laura Kelly, etal., Case #21-3094), w/ focus on APRN Baynham's cardiology experience recited at Para. #4 on Pg. 2, and her expert opinion on what level of a Traponin test constitutes a "probable heart attack", recited at Para. #7 on Pg. 3, stating:

  "A normal range for this protein is below 0.055 ng/ml and a probable heart attack is above 0.056 ng/ml." (compare this to Para. #5. above).

At para. #10 on Pg. 5 thereof, APRN Baynham proffers her expert (& I content her common sense) opinion stating:
  "In addition to signs such as chest pain, there are multiple factors to diagnose a heart attack. One is the Traponin blood test referenced above."

6.) Continued.
And here's another conundrum for the Court's attention & <u>duty</u> to question, notably being the last sentence of APRN Baynham's Affidavit at Pg. 5/ Para. #10. stating:

"Indeed, Mr. Lynn's physicians ultimately conducted a cardiac catheterization the next day, 1-25-19, which confirmed there were no arterial blockages."

This statement blatantly contradicts those physicians, (cardiologist Dr. Mattar & another cardiologist who declared I was in desperate need of an arterial bypass" & they sceduled me for such in March 2019 & during the "consultation" at the Hutchinson Regional Medical Ctr, they told me they were "very concerned whether I could survive such a bari-baric operation & it would entail a minimum 3 wk. stay in the ICU & another 6 mos. recuperation bed rest." I was so terrified that I refused, declaring I'm tired of being cut open & needles all over & poked for blood draws every few hours & haven't yet recovered from the quad bypass.
I was thereafter subjected to the ongoing retaliation transfer scheme & moved to L&F prison where ret. Col. U.S. Army combat surgeon & then Corizon Chief Dr. at LCF questioned whether I needed such a major life threatening surgery & had me <u>reexamined</u> by KU Vascular surgeon female Dr. Cho & she concluded after multiple tests that I had zero need for an arterial bypass & suggested it was an unnecessary surgery & possible medicaid fraud ($300K plus) operation". I then filed a misconduct/mal-practice complaint against Dr. Monir (at HCF) & Dr. Mattar (at HRMC) to the KS Bd. of Healing Arts & they deemed it necessary to assign it to Special Investigator Joseph Crumpton.

7.) The defendants' Affidavits are pathetically rote recitations of blatant perjurous statements & blatant examples of malpractice. Not only does the HCF HSA defendant Lundry brazenly declare the "normal" range of Traponin levels to be between 0, and 0.4, but so too does defendants Vargas-Hoffman, Yoakum, Monir, Kaur, Dickerson; & notably neither Willnaver nor Burns recites such medical declaration in their Affidavits. None of these defendants are cardiologists either nor cite the "hands-on experience w/ cardiologists & cardiac patients as Baynham's Affidavit recites.

8.) I reiterate here that from 6pm/12-30-19 to around 1030Am on 12-31-19, I was deliberately denied any "hands-on" assessment of my condition by the defendants Denton & Dickerson, in conjunction w/ the security staff who worked the Infirmary & wrote perjurous D/R's that I was unconstitu-tionally convicted of in my absence at EDCF by telephone & while experiencing the same cardiac symptoms. These facts are aptly shocking & actionable, & routinely occur thru-out the KDOC & these defendants & their coworkers nearly all deem such dispicable criminal abuses to be "normal". I need discovery to file those telephone D/R proceedings.

3 of 18

9.) The HCF nurses named were deliberately indifferent & another very significant proof of their perjurous Affidavits is seen by the HCF Infirmary "edited" security camera video tapes — Exhibits #4, & none of the HCF Inf. videos show any of the corruptly perjurous "CYA lies" spouted & those security guards involved all have a provably notorious history of like "CYA perjurous criminal & unconstitutional misconduct. These videos all each show me laying on my back, hands clutching my heart area & protesting the heart pain agony I was suffering & hell yes I was damn angry they refused to simply take my B/P & procure an other Troponin sample OK. They had an army of security staff readily available to come into the room as Capt. Kobb did w/ 4-5 subordinate guards & even then that corrupt supervisor refused to summon the nursing staff to simply take my B/P & see what the racing B/P was & irregular heartbeat indicators. There wasn't any security threat posed by me & not once did I ever threatened any of them — This is what they all do, collude to criminally coverup for each other. See the Walker suit & I/M Scott Hill documents re Para. #4 above.

10.) I truly can parade a massive army of former & current I/M's who've experienced &/or witnessed like criminal & unconstitutional abuses as I have filed to this Court — Discovery is critical & these are jury issues as we all know, I am entitled to unmask them, & demand they be criminally prosecuted in the criminal arena of this Court.
   It is intentional obstruction of justice for defendants & their HCF co-conspirators not to have seized/secured & filed the in-cell security camera tape of when Capt. Kobb & others entered my Inf. Rm. as I layed in bed struggling to breathe & clutching my chest & I promptly put everyone on notice to security the entire length (10 hrs.) of time I was in that Inf. Rm. to validate my protests & claims.

11.) My actionable sworn facts & claims at bar in Doc. 43 are accurate & reliable, & legitimate adversarial testing of defendants & their co-conspirators will validate me, & requires fair utilization of the discovery rules.

12.) I call upon the Court's rapt attention to read the "KDOC IMPP # 12-116 re Polygraph Examinations of Offenders" & give focus to the "Policy Statements" & "Procedures" (see Exhibit C attached). The "investigation" of Plaintiff's facts, evidence, & claims (Doc #1 & thereafter pleadings, & Doc. 43 & pleadings thereafter has been a diabolical farce & the Rpt. filed by Jon Graves (Doc #63) has been a series of rote collusions to obstruct justice & consists of a hideous himalayan mountain of perjurous slanders & corrupt denials — & I dare declare that he has a history of like manifest injustices & collusions to coverup, deflect, deny & hinder justice & accountabilities. A lawyer/"officer of the Court" doesn't spend his 30 yrs. as a KDOC atty. & never acting on criminal & unconstitutional abuses & conditions w/in the realm of his facility & the KDOC. There is a horrific laundry list of unconscionable criminal acts called to his attention early on & he did nothing to compel investigations nor accountability, & his —

12.) Continued:

failures to give correct legal advice to his superiors & coworkers is in fact legendary. The criminal fiascos surrounding the perjurous D/R's that began w/ the perjurous Assault & Disruptive Behavior claims by then Aramark employee Shadduck was a conspiratorially targeted retaliation between corrupt Aramark & HCF staff (CSI Walker & this R/O Shadduck). Note I was found not guilty because of the video security camera tapes & being fairly tried by the HCF disciplinary administrator (& he'll be my "expert witness" as to the unconstitutional & statutorily unlawful, & criminal) yet the perjurous D/R's concocted by the Infirmary staff & HCF security staff (note also that the corrupt CSI Walker's wife is the "Dir. of Nursing" at HCF & just as corrupt as he is) were tried at EDCF 2 wks later & remember I was having a terrible series of awful cardiac events during the 3 wks of 12-30-19 thru the 1-21-20 time frame) & the D/R's concocted by HCF security staff were just as blatantly perjurous as R/O Shadduck's.

To add insult to injury, not only was there zero accountability to Shadduck for her criminal/unconstitutional abuses in league w/ CSI Walker, Capt. Peppiatt, & Inf. medical/security staff, but she was preposterously hired thereafter to work as a KDOC guard (showing she was a "team player"). It is crucial to compel the telephone D/R hearing tapes of the fiascos at EDCF to try the HCF charges w/no witnesses, no opportunity to access the security tapes & numerous other actionable transgressions & the admin. appeal a predetermined corrupt rubberstamping by an imbecile "SOC Designee" w/zero legal qualifications to review/determine violations of established law. This is how the KDOC operates & no law trained mind can rationally deny reality.

13.) I am greatly disappointed by the perjurous statements & denials by CO1 Cowan (Aff. Ex. #12) & RN Vargas-Hoffman, but hardly surprised, for the simple fact that for them to have the courage & integrity to confirm the truths of my claims & facts, is unrealistic because they have each seen &/or directly participated in countless criminal & unconstitutional acts while employed at HCF & discovery will validate these truths, & ostracization & all manner of retaliations by their coworkers is reality too. (I call the Court's attention to the Martinez Rpt. Affidavit of former HCF seg. guard/CO1 Douglas Sherwood (a former daily worker of Cowan's & I surmise he'd give voice to Cowan's loyalties, like Vargas-Hoffman's, lay more w/ their coworkers than to truth & the rules of law, & Vargas married a guard named Hoffman ...) in Lynn v. Rodriquez, et al./Case # 19-CV-3003.

I opine that the Court must in good conscience give heed to the undeniable fact that because staff accountability for criminal & unconstitutional wrongdoing is extremely rare (& the ginormous "bloodletting" at EDCF in 2020-21 causing terminations of Wardens, Deputy Wardens, Capts., Lt.'s & others was an unprecedented aberation — the Court can take judicial notice that despite those terminations for criminal & unconstitutional wrongs, zero state/federal criminal prosecutions ensued, & it is —

13.) Continued:
in the lens of these spotlights that any conscientious staff agog by such insidious depraved behaviors of their coworkers (not quite Fortune 500 Calibur people flock to jobs in the prison industry) getting zero accountability for dispicable unlawful acts & that's profoundly intimidating & infuriating as well to prisoners & especially me. Consider Jackson v. Austin (et al) 241 F.Supp.2d 1313 (D.Kan. 2003) $80K awarded w/Atty fees included & after trial by Judge (Vratil) finding guards guilty of excessive use of force & 8th Amendment violations, there was zero prosecutions or terminations & Austin is currently a Capt. now vs. being a CS1/M.Sgt. when old man Jackson was criminally attacked & given perjurous "CYA" D/R's; see also the HCF criminal attack in Adkins v. Manning, KS Fed. Ct. C/A # 15-CV-3215-JAR (see Exhibit D attached) & here again, zero state/federal criminal prosecution & the question arises, why didn't sanctimonious LEO's, prison officials, state/federal prosecutors & Judges demand criminal prosecutions? Why didn't the HCF Warden, HCF EAI, HCF DWO, HCF Atty. Graves, the SOG demand/institute criminal proceedings? The apathy & hypocrisy is palpable. Accord, 18 USC §3332 (a).

14.) (I) will gladly submit to a polygraph examinations to my facts & claims at bar & declare under oath here that if I fail (all) of my pending State & Federal Court cases can be dismissed w/prejudice, and I insist that a reputable polygraph expert such as former FBI/SAIC Michael Tabman of Overland Park, KS can identify, administer such.
And when I pass, I demand that defendants & their corrupt co-conspirators, including HCF Atty. Graves, undergo such examinations as well & when they fail, they then be held accountable to the fullest extent allowed by law.
What do they have to fear if what I have at bar is not true? Any polygraph test failure by me can be conditioned upon my agreeing I can be criminally prosecuted, & the polygraph results used as admissible evidence.

15.) I reiterate the truths of my facts & claims in Doc. 43 & adamantly deny the self-serving perjurous slanders & frauds on the Court by defendants & HCF Atty. Jon Graves as more fully recited hereinafter & Judge Teeter's arbitrary dismissals of my other claims & defendants directly involved/liable is patently wrong & reversible.

III. Re Graves' Summary of Plaintiff's Allegations Regarding HCF Defendants

1) Graves' opening paragraph in this section on Pg. 4 is mostly accurate except for his glaring omission re fact that providing prompt pain medication for those readily recognizable events of my genuinely suffering severe heart attack symptoms is also a life saving medication & I am repeatedly told is std. procedure protocol — by prisoner healthcare & outside healthcare providers. For example, I have been made to suffer as long as 18 hrs. w/out even a B/P check much less given any std. pain medication (& morphine is std — which I seriously do not like & always ask for an alternative) or anti-anxiety med since having serious heart attack symptoms separately creates a panic that the event is a precursor to another massive heart attack or crippling stroke. I am routinely denied pain medication of any kind & even an anti-anxiety med →

6 of 18

Section III. / #1. continued:

& those occasions where I am given an anti-anxiety med, it's at such a low dose to be effective.

2.) I have *never* contended nor professed any belief as Atty. Graves falsely avers, that "the only diagnositic test to measure his heart's condition is a blood troponin enzyme level test". I've long known well before the events at bar in this case, that testing of a person having severe heart attack symptoms who has an atrocious heart condition as I have, for what his blood troponin enzyme level is, is just one of the many facts for an intelligent analysis, & the traponin enzyme level is in fact the gold std. "for ascertaining" early on. I am also well-aware since having my first cardiac event after the 2014 quad-bypass, that an EKG is "basically unreliable & will never show normal activity as in comparison to a non-cardiac bypass patient. And I am further aware of the fact that non-cardiologists physicians contracted w/ prison health-care contractors are routinely diagnosing EKGs as normal on me during the numerous times I've suffered severe cardiac/heart attack symptoms & denied me pain meds, anti-anxiety meds, admission to the prison infirm-ary for intensive observation, or sending me out by EMS (& they do not ever delay in administering pain meds — fetynal to local hospitals who routinely admit me to their ICU's.

Thus, in sum & substance, HCF Atty. Graves is a virtuoso of deciet & his averments inaccurate & unreliable, & serious sanctions must ensue in the interests of justice, not only for him but those defendants who've filed perjurous Affidavits in this action & I am 100% convinced that Atty. Graves had a pivotal role in guiding their corrupt slanders & denials, & that's how the KDOC operates — especially at HCF.

3.) Re Graves' recital of 5-25-19 LCF Medical Care at Pg. 4 is correct & I reiterate my sworn facts in Doc. 43/Complaint.

4.) Re Graves' recital of medical care at LCF on 6-22 thru 28-2019 at Pgs. 5-6 is mostly correct & I reiterate my sworn facts in Doc. 43/Complaint & I refer the Court to Exhibits # — # which contravene LCF medical defendants perjurous self-serving affidavits nonsense; & I remind the Court that the reason why I angrily demanded LCF medical staff to take me to a hospital or return me to segregation on 6-27-19 (see last para. of Pg. 5) was simply because Inf. staff would never allow me access to the Inf. I/M telephones whereas seg. staff would readily allow me access to an I/M telephone & I could call my brothers & friends to call numerous state officials to raise hell about being denied legit medical care & treat-ment for my awful agonizing heart attack symptoms validated by the Traponin levels & some of my supporters would go to these state officials & the Doctors involved homes to angrily demand immediate treatment & damn the consequences. Compare my cited Traponin levels again to HCF's APRN Baynham's expert opinion of a probable heart attack being above 0.055 ng/ml;

— And it must be *NOT!* angrily reiterated to the Court & everyone involved in this case;

I have never had & still do not ever have, any "chron-ically elevated traponin levels" & Dr. Williams validated this truth in 2018 & 2019 while I was at HCF & he recorded a 0.002 level in 2018 & a 0.001 level in 2019. And I vigorously ask this—

Court & everyone involved to test my Traponin twice a week during the pendency of this case & any appeal to see what corruptly decietful defendants have been doing & answer who benefits by making these corruptly false declarations & what else have they corruptly done to coverup their actionable life threatening abuses & causing me needless pain & suffering & irreparable heart muscle damage/diminished life expectancy.

And always remember, neither Dr. Willnauer nor Dr. Harris, nor the HSA's at LCF & HCF during the events at bar, have any expertise as cardiologists.

5.) On pg. 5 of Graves' Doc #63, he self-servingly omits the context of the defendant Willnauer & the nurse w/him-identify her) refusals & those insidious/malicious refusals by him & the defendant Harris had been ongoing for 7 days w/ my Traponin level significantly above .115 & I was in crippling pain contrary to the "CYA" lies procured by Graves & not even allowed a family phone call (my family would & my friends would go to defendants & state officials homes & accuse them of trying to murder me & make them *#*# their pants to act post haste & get me the outside care I desperately needed. And it was in these atmospheres of corrupt indifferences ordered by Willnauer & Harris that compelled me to make that *@#! realize the severity of the consequences to be had & which he 100% deserves & I absolutely demanded to be discharged & damn any D/R or any other consequence.

6.) Nowhere in Graves' 32 pgs. of rote perjurous denials & self-serving frauds & omissions is there any dispute that this crumbum Willnauer sat in the room as I & Dr. Williams met on 7-15-19 to discuss the facts that refuted the corrupt lies told by LPN Cobb (nobody has ever identified who exactly allegedly told Cobb that I had tossed all meds out of my cell while in LCF Seg. & my demands to know & Dr. Williams' demands to know who claimed such nonsense went ignored — Cobb never saw me do such, nor anyone else) & mocked Willnauer's corrupt adoption of Cobb's lies which HSA McCollough likewise adopted. Willnauer didn't utter a peep & sat mute as Dr. Williams agreed w/everything I said & both Dr. Williams & RN Jordan both hand delivered (all) my meds on KOP cards which Dr. Williams reinstated & after I transferred I was told for next 18 mos. or so that there was no record in my medical charts of both Dr. Williams' reinstatements on 7-15-19, & his/RN Jordan's hand-delivering (all) my med cards on evening of 7-15-19. And it was EDCF's Dr. Herrod who corrected these travesties. Note Willnauer also called me a liar in the fall of 2020 at HCF saying I was never given morphine injections at EDCF on 2 separate occasions when I had heart attack symptoms & told it is the required Corizon/Centurion protocol, & he likewise called me a liar that Dr. Herrod also had Ativan injections given me too during those summertime 2020 events.

7.) And isn't it a glaring act of atty. malpractice by Graves' Rpt. not obtaining any affidavits from the LCF SST's who sat w/me at KU Med. Ctr. on 12-22-20 & witnessed my 197/161 B/P & so alarmed they went & got medical staff to assess my situation? And likewise not getting affidavits from the Nurses who (2) took my Traponin samples per this Willnauer & those lab results recording 0.234 & 0.237 levels? Why does he fail that? Why does Willnauer's lying affidavit omit these facts?

8 of 18

**IV. Re Atty. Graves' KOP Report/Pg. 6-7:**

1.) I reiterate the facts cited in my Complaint (Doc. 63) & in III. #6. above re KOP cards events & Graves has no authority to misconstrue these facts.

2.) As regards Graves averments re 9-23-19 & his last sentence stating "Plaintiff felt that was dangerous since he believed mix-ups of medications occur, which could injure him", he shows he propensities for deceit & misconstruing my facts & the factual truths that occur even at HCF. & I call the Court's attention to Exhibits #C-#E attached, & give the Ct. judicial notice of the death of former LCF I/M Michael Cote' in 2015 who suffered horrible complications caused by LCF med techs giving him some other I/M's meds that put him in a coma at KU Med. Ctr. & on an IV drip for 24/7 over 1 yr. & he lost 100 lbs & died, plus another I/M in Seq. at EDCF Seq. who was an active litigant in KS D.Ct. against the KDOC & Corizon staff at HCF & EDCF, & they routinely gave &/or attempted to give him meds that were not his & he died of a heart attack in HCF Seq. in 2018 I recall around Thanksgiving day & I attempted to join his suits as a Co-Plaintiff after his death & the corrupt Eric Melgren insidiously ostracized me for it & denied that attempt & used my good faith efforts & invocation of established law against me when he cited such when corruptly retaliating against me w/ a filing restriction injunction I've never complied with because of its intended overly onerous burdens. God Bless Roy Denhalder & Evan Ebel. Youbetcha.

3.) I reiterate my adamant belief & claims that Dr. Williams' 7-15-19 reinstatement of (all) my KOP meds was in fact entered into my medical records & that he hand-delivered such to me on 7-15-19, & I'm confident that former RN Jordan Madorin will readily confirm these truths & that she too recorded her hand-delivery of my KOP meds that came in stock after Dr. Williams' hand-delivery. And I believe she too would echo my belief that the only reason why Dr. Williams' & her hand-delivery reinstatement of (all) my KOP meds is omitted from my medical records is because some medical staff at ESP (or Dr. Harris?) such as LPN Cobb, Dr. Willnauer, or HSA McCullough deleted such in bitter retaliation.

Keep in mind, alot of these Corizon medical staff (Dr. Lewis, HSA Alecia McCullough) have been defendants in other states where Corizon was contracted for prisoner medical svcs.

**V. Re Atty. Graves' edited version of Plaintiff's Medical Care on 11-11-20:**

1.) I dispute Graves' deceitfully edited version of these events & reiterate the facts in my Complaint & via admin. remedies, & against Willnauer to the KS Bd. of Healing Arts.

2.) I call the Court's attention to the glaring facts that Graves chose not to obtain & file any Affidavit from RN Liz or Dr. Young, or any of the others present during that event & these omissions intended to deflect from & disregard the truthful events I described occurred.

**VI. Re Atty. Graves' edited version of Medical Care during 12-17-20 to 12-23-20.**

1.) As stated above & as seen by Graves' repeatedly misstating my facts & the evidence gathered, he is as much a virtuoso of deceit as are—

<u>VI</u> / #1. continued:

the defendants & their coworkers & fellow state officials.
2.) I not only expressed my adamant belief that all competent medical staff who work in the prison environment especially, are taught to know that:
  (a) nitroglycerin is a miraculous life saving medicine for those w/a serious heart condition & it is a std. KOP medicine; and
  (b) the strict protocol for taking nitro tablets is whenever a person w/a serious heart condition begins having chest pain & trouble breathing, & the published instructions on the vial & verbal instructions for taking such is to place one tablet on or under the tongue at the 1st sign of a cardiac event & an additional tablet every 5 mins. thereafter for a total of a maximum 3 tablets in a 15 mins time frame should the pain persist after the 1st & 2nd tablet.
  And that if the pain persists after the 3rd tablet fails to alleviate the painful condition, to seek prompt medical attention.

3.) On 12-22-20 while in the Infirmary at LCF, I <u>repeatedly</u> notified CSI/OIC Kelly I was having another severe heart attack, & voiced my alarm that I know what a heart attack feels like & that "hey Kelly, I'm in trouble, I'm experiencing another heart attack coming on" & he finally made a radio code medical emergency that caused several SST guards, RN Victoria (old woman about 70 yrs. old) & a so-called EMT w/a caustic smartass attitude.
  RN Victoria refused to give me a 2nd nitro tablet after 5 mins. & she verbally professed not to know the nitro protocol that is std. knowledge cited in #2.(b) above, & she was being dictated to by a 20 yr. old snot-nosed EMT declaring falsely that the std. protocol was a tablet every 10 mins. & I tried to display to both of them the KV Med. Ctr. medication prescriptions list given me & in my hand & they refused to look at it & I told the EMT Aguilar she was a gotdam idiot imbecile & she's going to cause my needless massive heart attack death or crippling stroke w/her egregious incompetence & I angrily pleaded to the guards & to the other idiot RN Victoria to simply quickly consult/summon another Nurse (there were multiple Nurses & Doctors) w/in 30 ft. away & I was made to wait another 20 mins. & suffering horrible pain & nearly collapsed when a 75 yr. old male Dr. Boquin came on scene & gave me a second nitro & a 3rd 5 mins. later, & then had EMS called 2½ hrs. later & taken to hospital. And all the while I requested a pain med to calm my severely spasming heart or anti-anxiety med as I was panic-attacking I was going to needlessly die because of their horrible apathy, & incompetent ignorance.
  The nitro (2nd & 3rd) only lowered my B/P & had zero effect on my agony heart spasms pain. Note my "normal" B/P is 90/60 or lower.
4.) My complaints facts are accurate & reliable & I was left in an-

10 of 18

## VI. #4. Continued:

exam room at KU Med. Ctr. w/only 2 SST's & in agony w/severe heart symptoms & the entire E/R was a madhouse w/over extended Covaid patients & other calamities. I wasn't given any pain meds & the 2 SST's were as flabbergasted as me that the monitors I was attached to displayed my B/P hovering around 197/161 for easily 30-45 mins & 1 SST left the exam room to corral a Nurse &/or Dr. & I was stupendously told my Traponin level was zero & I replied that was absolutely impossible w/my B/P that high for so long & having full-on heart attack symptoms. I was promptly discharged & returned to LCF. The SST's & myself told RN's Liz & Emily, & 2 more (Shawn & Blk. female) RN's what occurred & I was still in agony, trying to breathe & my B/P sky high. They called on-call Dr. ——  Willnaver to get permission for another Traponin & I was taken to LCF Seg. cell instead of placed in the Inf..

At 6 AM, both Liz & Emily told me my Traponin came back at 0.234 & they were as alarmed as me & I was in agony, & I was told they asked Willnaver to have me sent to Providence hospital & he refused & directed another sample taken. That sample came back some 6-8 hrs. later at 0.237 & again Willnaver refused RN Liz & Emily's request for pain meds & to send me to Providence hospital. And no further Traponin samples taken & I was left to suffer for the next few weeks & I spoke in person at length to SST Lt. East & to DWO Skidmore about these events on Christmas day & thereafter & they too were corruptly apathetic.

5.) This Court should demand Graves to answer why he failed to interview (maybe he did & chose to cover up what they revealed) & obtain/file Affidavits from the 2 SST's w/me at KU room, RN Victoria, the ediot EMT Aguilar, CSI Kelly, the other SST who attacked me in Inf. & wrote perjurous O/R to CVA (his), RN's Liz & Emily, Shawn & the Blk. female RN, Lt. East & DWO Skidmore.

## VII. Re Graves' "Uncontraverted statement of facts"

1.) I am not a legally incarcerated prisoner in custody of KDOC, & was criminally railroaded due to the collusion orchested by then D.A. Paul Morrison w/my Ct. Appt.'d "Bankruptcy Atty." masquerading as a defense atty. to conceal pivotal exculpatory evidence from me & jurors, & to deny me a complete & lawful defense.

Furthersfill, per State v. Garcia, 272 Kan. 140 (2001) & Murdock v. State I & III/309 Kan. 585 at HN 3-5 (2019), I am at least 7 yrs. past max-out release. See also KS S. Ct. Rule 9.01 Habeas Case No. 22-124689-5 (still pending).

These facts & any put-up or shut-up evidentiary hearing will aptly refute Graves' & any other virtuoso of deciets claiming I am "legally incarcerated" nonsense.    11 of 18

VIII. Re Graves' "Events at HCF on 12-30 & 31-19, at Pg 9-18;

1.) I was transferred from EDCF to HCF on 12-26-19, & I was not placed in segregation cell # B-1-121, I was placed in general population & that is evidenced by the fact that I was targeted for criminally retaliatory abuses while in the gen. pop. meal line on 12-30-19 by Aramark Suprsr. Shadduck & HCF CSI Walker, & taken to the Inf. on pending perjurous DR's by Shadduck — note I was found not guilty of such by HCF H/O, yet she faced zero consequence & thereafter became an HCF guard (showed she was a "team player in criminally mistreating prisoners).
These facts again demonstrate Graves' propensities for deciet & frauds on the court w/impunity.

2.) HSA Lundry may have been an RN decades ago but she hasn't practiced or worked as a licensed RN for decades & her employ as HCF HSA is odiously stained w/countless unconstitutional & criminal abuses by her subordinates w/her direct involvement, Take judicial notice of KS Fed. Ct. §1983 cases filed while she's been the HSA & the needless deaths caused by incompetent & corrupt medical & security staff.

3.) I do not have "chronically elevated troponin levels" & never have, & that too is a self-serving perjurous fraud, deciet.

4.) I agree the "normal range for troponin is between 0 & 0.4 ng/ml.

5.) Defendant Willnauer has never once to my knowledge & in any of the records filed in this suit, said (he) observed Plaintiff refusing his medication in & outside of the Infirmary, & I dispute any contention that Lundry ever saw such a fraudelent note anywhere in my medical record, Willnauer's Affidavit (Doc#63/Ex.#40) is devoid of any such fraud as well. Let's order Lundry to produce the hard copy of such —— but then she can generate such an entry or delete any entry (like Dr. Williams' reinstatement orders for (all) meds KOP on 7-15-19) whenever she pleases.

And I implore the Court to hear from former HCF male LPN Hurt about his discussions w/this (corrupt evil ××× I recall being said) Lundry character about contacting Dr. Williams in person (while he was still alive - he died in Oct. 2020 I recall) to verify he reinstated (all) of my meds KOP & entered it into my records & he opined she was vindictively spiteful & refusing to contact Dr. Williams & he even voiced his opinion about Lundry's corrupt character to Warden Schnurr who corruptly abstained & rotely stating "she doesn't tell me how to run my prison & I don't tell her how to run her depts." Let's verify that w/Schnurr too (I have it in writing somewhere too).

6.) Reviewing every troponin level taken of Plaintiff since the 7-3-14 Quad bypass, & juxtaposing those results to the "normal range for troponin is between 0 and 0.4 ng/ml, but can be higher based on patient history" cited by Lundry et al noted above, & relying upon APRN Baynlam's expertise (that the others don't have, reasonably dictates then that every xxx time my troponin level has been above 0.056, I've suffered an actual heart attack,,, & curiously, why is both Willnauer & Monir's Martinez Rpt. (Doc.63, Ex#38 & 40) devoid of saying what a "normal" troponin level is?

12 of 18

VIII. (continued):

8.) Lundry is an unreliable affiant & has perverse propensities to corruptly abuse her authority & commit self-serving perjury to cover-up her actionable abuses & those by her coworkers against me & legions of others passing thru HCF while she's been the HSA & again, the Court must personally hear from former male I/T Hurt about his laborious attempts to have (all) my meds issued KOP per Dr. Williams' action on 7-15-19 in Willnauer's presence.

9.) I have never interacted w/ LPN Ostrum & (the only time) I've ever even attempted to obtain medical assistance from her was on 1-24-19 when I tried to stop her walking past my cell & telling her "medical emergency, I'm having heart attack symptoms, I'm in trouble & need to get to a hospital" & she stopped, made eye contact / saw it was me & then kept walking away. This is on record repeatedly. Furthermore, I am advised that she is related to defendant Monir (both are Pakistani) in some direct fashion. See her audio HCF EAI interview. She perjured herself therein too.

10.) The "event" cited by Graves on Pg. 10 of his Rpt. & refering to Lundry's Affidavit Ex. #3 re alleged contact between me & this nasty Ostrum LPN, never occurred. I simply do not interact w/her on any level & never have since that 1-24-19 event. I function at a reasonably higher level than my peers & my "keepers" & I would never make such a boneheaded statement of demanding an LPN such as this corrupt Ostrum, to change the KOP denial order alleged. I know she's just a pee-on w/ zero authority.

11.) The 12-29-19 event cited by Graves is irrelevant even though it requires putting in proper context, but nonetheless, related to the crap I was corruptly subjected to by Aramark's Shadduck & CSI Walker on 12-30-19.

12.) Graves' recitation of alleged facts & events on 12-30-19 at 5pm onward is inaccurate & a deliberate misrepresentation of the truth & outright fraud on the court & his crap saying "Plaintiff was loudly speaking to the food service officer (Shadduck), continuing to complain as he left the dining hall (see video Exhibit #4)" is preposterously false & there isn't any audio on video Ex. #4, & I never spoke loudly to anyone in that event falsely alleged.
I request the court to hear from HCF CSI Marshall — he was in fact present thru-out & will refute Graves' false narrative & lets hear from the I/M who was acting as my handicapped Aide — Mario ___ (I forget his last name at this writing).

13.) I further contravene Graves' self-serving deceits & frauds on the Court at Pg. 11, claiming I "was intercepted in the rotunda" returning to my cell, & the truth is I & my handicap aide both went directly to the shift Capt. (the corrupt female Capt. Peppiatt, terminated soon there after.) & shift Lt. hoping to get my Renal II diet problems w/ Aramark staff not knowing there's a big difference between the I & II versions... & I was in-fact subjected to the targeted same disrespect & provocations by Peppiatt as I'd been recieving w/out provocation from Shadduck & Walker.
Graves' Rpt./Pg. 11 declares the "officer in the dining hall indicated (he)" (the only "he" involved was renowned "a-hole" CSI Walker & —

13 of 18

## VIII. Continued!

"he" never issued any D/R nor was there any basis for "him" to do so. Where does Graves get that info? Where's the basis/report-narrative?

14.) Putting events in the correct context, I was taken directly to Seg. due the corrupt "exchange"/disrespect spewed by Peppiatt to me & that was so infuriating & the provocations by the SST's doing the strip out & telling me I had to step-up (18-24 inch steps) & threatening physical force that it caused my B/P to skyrocket & provoked painful heart spasms & I was taken 50 yds. away in a separate closed-off shower area w/out cameras & where guards routinely criminally attack restrained prisoners w/ excessive unprovoked force, & I declared "chest pains - medical emergency" & left in a locked-in shower stall cage for 45 mins. in spite & my shouts for assistance ignored deliberately.

15.) I reiterate my complaints (Doc. 1 & 43) facts & my pleadings in-between, before & after, & any & all "discrepancies" revealed by the Graves Martinez Rpt. (Doc. 63) are frauds, perjurous, & self-serving deciets to cover-up & deflect from scrutinizing the facts & evidence I have put before the Court. The Court should allow me discovery & to have competent counsel assist me in effectively utilizing discovery.

16.) Each & every statement presented by Graves' Rpt & by the Exhibits filed by Graves that departs from my truthful facts, claims, & evidence presented &/or called attention to being obtainable under discovery, & not expressly refuted or exasperatingly explained is denied by me & I declare is yet more perjury & frauds for these defendants self-serving acts to cover up & deflect the truths of their wrongful acts & omissions.

17.) And I am indeed the victim of defendants medical malpractices & criminal/unconstitutional acts & omissions, & my constitutional rights under the 1st, 4th, 8th, & 14th Amendment violated by their maliciously deliberate indifferences to my legal rights & physical condition.

17.) The Court should share in my fury that on Pg. 11 of the Rpt., Graves again declares "The troponin lab result on 12-30-19 was 0.075 ng/ml. which was normal for Plaintiff given his health condition, w/ a normal range of between 0.0 and 0.04 ng/ml." — & APRN Baynham's expert opinion stating 0.056 & higher is a probable heart attack, & we know from Dr. Williams' curiousity in 2018 & 2019 to determine for himself & me as well, because we each took issue w/ the nonsense by his co-workers saying I had chronically elevated troponin levels & as stated above at Pg. 7/Para. #4, we recorded a 0.002 level in 2018 during a prolonged non-cardiac timeframe & a 0.001 level in 2019 during a prolonged non-cardiac time frame. I request the Court again to order defendants & their coworkers at EDCF to take my troponin samples twice a week for next 6 wks. to validate my protests & thereafter recognize this pattern of self-serving frauds.

18.) The Court must question every defendant as to why they failed to charge me for the plethora of rule violations/criminal threats they perjurously accuse me in their affidavits & hold Graves accountable →

14 of 18

## VIII. Continued

18.) continued:
for perpetrating these perjurous slanders made years later & ask him to answer why he failed to question affiants, why they failed to document their accusations of serious rules violations/criminal acts. Also note that any employee who claims to have been subjected to criminal threats as now alleged, simply can have that prison's hierarchy place a "central monitor" & have me barred from being at that prison & any possible contact. There's so many holes in all their corrupt "CYA" claims that I'm overwhelmed & they have to be held accountable. KDOC I/m's are routinely subjected to "central monitors", issued D/R's w/serious sanctions for like allegations as made against me, & even issued new criminal cases for such accusations & I simply don't get "free rides" of not being charged for such had such really occurred.

19.) The videos edited videos don't dispute my claims of what occurred in the HCF Infirmary — at anytime they could have & it was Their ~~job~~ legal duty to enter the room w/all the security men necessary to assess me & never did. My conduct shows I was in fact clutching my chest & having heart attack symptoms. Ask why they didn't enter when Capt. Koob & some 5 other guards came in, & could easily have assessed me. I did nothing & said nothing to put any of them in fear & I have zero tolerance for sociopathic liars.
It should be obvious to the trained eyes of the Court that a concerted conspiracy is underfoot by defendants & graves to protect themselves from overdue accountability & to my detriment — it is indeed sinister & it is a travesty.

20.) I dispute having ever taken "Zoloft" or "Klonopin", & I do take the anti-anxiety medication as an alternative to morphine calming my heart spasms.

21.) I vigorously dispute having any psychiatric issues despite being repeatedly subjected to psychological & numerous physical abuses & injuries from guards' unprovoked & unnecessary (excessive) uses of force.

22.) I reiterate my claims & the facts in my complaints (Doc. 1 & 43, & to the KS Bd. of Healing Arts, & to the KDOC in various admin. remedies processes about Dr. Munir & what occurred at HCF on 12-30-19.
None of Munir's self-serving allegations are true — he has in fact committed perjury the same as Willnauer & COI Cowan, RN Vargas et al.
I remind the Court — order the SCC to have me polygraphed per IMPP 12416. If I fail, dismiss all of my law suits & prosecute me for perjury & when I show no deception/pass polygraph these defendants & prosecute them — & terminate each one who refuses to take one. Order defendants to produce the code of ethics contract each defendant signed per IMPP 02418. It matters. 15 of 18

VIII. Continued:

23.) I am mortified, aghast, & infuriated by the criminal collusion between defendants Monir, Vargas-Hoffman, & Cowan. I call the Court's attention to the facts stated in my complaints & those documents referenced above. Note also that Cowan told me multiple times while I was at HCF in 2021 that he clearly recalled the facts (same) as stated in my complaints.

24.) Defendants deliberately destroyed the video of Capt. Koob & the guards who entered the Inf. cell w/him because it impugns their corrupt coverups & perjurous deceits/denials of my facts.

25.) The records — my grievances, injury claims, KS Bd of Healing Arts complaint & form 9's, & the facts show I acted timely in protesting the defendants egregious actionable misconduct & I have zero history of making false accusations against anyone. I invoke IMPP 12-116 & the All Writs Act.

26.) I pursued grievances & injury claims — separately, for each & every claim contained in my complaints (Doc. 1 & 43) & I was always corruptly ignored at every level — it's what they do & did to me & the court has seen these same scenarios in countless other lawsuits against KDOC & Corizon/Centurion staff.

27. Elizabeth Smith is corruptly dysfunctional & her affidavit is a perjurous testament. I exhausted each & every grievance involved, & when I did not recieve a timely reply w/in 10 days per policy at each level, I went to the next level & noted the non-reply at the previous level w/in the required 10 days per KAR 44-15-101 et seq.
Note also that the KDOC grievance policy requires seeking informal remedies & those attempts made by form 9 were always ignored deliberately so as to frustrate the processes & since the form 9's were ignored it was not possible to attach proof of exhaustion w/informal responses. This is part & parcel of the entrenched culture of corrupt criminal & unconstitutional abuses that exists thru-out the KDOC & they deem this "normal" as most deviant sociopaths of their ilk do.
Let's order HCF Warden Schnurr to produce his alleged "permanent file" of all Form 9's & letters/memos from me.

28.) I wasn't subjected to the corrupt nonsense about my KOP's when EDCF Dr. Herrod had all my meds reinstated KOP in July 2020 after being told what others had corruptly done to deprive me of such & I believe he had contacted Dr. Williams to verify he ordered all meds reinstated on 7-15-19.

29.) The level of corrupt incompetence by prison medical staff & their proclivities to engage in criminal coverups is nothing new in the KDOC or by those employed by Corizon & Centurion — they've been held liable for millions of dollars in damages & have left atrocities in their wake in every state they've done contracts in. My traponin levels cited in my complaints validate my claims of heart attacks & it is shocking all the more because I have never had "chronically elevated traponin levels."

30.) Dr. Willgauer's affidavit is a self-serving perjurous fraud on all levels — if he & Dr. Harris had both check on me & saw me on the floor of the cell, it was only because I had passed out & was unconscious.

31.) The 5-25-19 events occurred late & prior to midnite/the 26th, & those entries reflect they wrote whatever on the early hours of the 26th. My claims are accurate & liable.

32.) Graves' opining that my cardiac events suggesting anxiety was more the cause of my chest pain — which I dispute, but cause is irrelevant to the symptoms of heart attack. People die because of such "cause" deliberately provoked/promoted.

33.) Its fairly said that legions of attys, — & the 10th Cir.'s 8-12-20 ruling in this case mock Graves' rote frauds & absurdities & his Rpt. an unconscienable fraud on the Court & full of slanderous perjury. My claims amply reflect a plethora of state & federal criminal law violations, & violations of 1st, 4th, 8th & 14th Amendment violations. He/Graves has assuredly said & done the same misconduct in countless other cases during the decades he's been a KDOC/HCF atty. & actively complicit in all manner of coverups of actionable misconduct & failing to give/render correct legal advice to his coworkers. He's a "coverup maestro", a "virtuoso of deciets."

34.) Graves knows full well I have always laborously exhausted (all) available admin. remedies per KAR 44-15-101 et seq. & 44-16-104a too.

Wherefore, Plaintiff is entitled to trial by jury on all tryable issues, & the Court must allow him to pursue discovery, & it is in the interests of justice to appt. competent counsel on his behalf. Plaintiff is faced w/an insurmountable mountain of perjurous denials & slanderous frauds & rote deciets, & anything not expressly converted is denied. And I will submit supplements hereto as deemed necessary.

Executed on 4-11-22

s/ Patrick Lynn
Patrick Lynn - Pro Se/Affiant

Certificate of Service

I, Patrick Lynn, herewith certify delivering the foregoing to EDCF staff on this 11th day of April, 2022, to ebute to the U.S.D.Ct. Clerk's Ofc., at 444 SE Quincy in Topeka, KS, 66683, & parties of record too.

s/ Patrick Lynn
Patrick Lynn
64377 EDCF, P.O. Box 311
El Dorado, KS 67043