19-3117-HLT

DE #82

**TO:**

Aleycia McCullough, HSA
c/o Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

FILED
AUG 18 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

RECEIVED
AUG 18 2022
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Return to Sender - No longer employed @ this address

CLERK
U.S. DISTRICT COURT
444 SE QUINCY
TOPEKA, KANSAS
OFFICIAL BUSINESS

NIXIE    808    4E  1        7208/15/22
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 66683358799    6672841722N1550    01590-10367



quadient
FIRST-CLASS MAIL
IMI
$003.36
08/02/2022 ZIP 66683
043M31223333
US POSTAGE