In The U.S. District Court
For The District Of Kansas

Patrick C. Lynn,
Plaintiff

v.

Charlie Willnauer, et al.
Defendants

C/A # 19-CV-3117-HLT

Plaintiff's Response To Doc. #85

Patrick Lynn moves as styled above & presents:

1.) I recieved the Court's Order filed & mailed on 8-15-22, on 8-24-22 / 9 days after mailing... & it arrived to EDCF on 8-17-22 (stamped by mailroom) & was then turned over to the prison's EAI unit to open, read, screen/test for drug contamination (& any other unlawful acts outside my presence & w/out my consent, & w/out court order.

2.) I bid the Court to know that for the past several months it has become widely known & confirmed that (all) incoming legal/official privileged mail & personal mail is simply retrieved from local U.S. Post Ofc. by EDCF Mailroom officer Angela Nixon who then turns it all over to EDCF EAI staff who then illegally open & read & probally photocopy all privileged mail w/arrogant impunity outside residents presence/consent/or court order & w/out seizure notice. This is being criminally practiced against all prisoners at EDCF & I routinely recieve my privileged mail about 7-14 days after arrival to EDCF. My complaints & countless others residents are ignored at EDCF & SOC level, & by KS Asst. U.S. Atty. Andrea Taylor (pathetically designated as the sole KS U.S. District Court's Civil Rights Violations unit!?) in KC/KS.

3.) I am currently represented by Wichita atty. Gerard Scott (whose alleged speciality focuses on medical malpractice) who was recruited by BIDS central ofc. in Topeka to take a LVCO appt. for 3 separate KSA 60-1501 appts. (#17-CV-149, #19-CV-182, & #21-CV-050), & he came to my aid yesterday to locate defendants McCullough & Lowis-Harris, & provided me with the following:

1 of

* Dr. Barry Lewis-Harris is now employed w/ the Memphis Health Ctr. at 360 East E.H. Crump Blvd., Memphis, TN. 38126. Ph. # 901-261-2000;

* Aleycia McCullough, now employed by Centurion as a Regional Health Administrator, at 53 Century Blvd., Ste. 210, in Nashville, TN. 37214

Having complied w/ the Court's Order (Doc. #85) I request the Court grant me Discovery & again request appt. of competent counsel, & a medical screening Committee.

8-31-22
Date

Respectfully Submitted,
S/ Patrick Lynn
Patrick Lynn - Pro Se

Certificate of Service

I, Patrick Lynn, certify submitting the foregoing to EDCF staff to email to The Clerk's Ofc., 444 SE Quincy, Topeka, KS, 66683 & whatever parties counsel of record, on 8-31-22

S/ Patrick Lynn
Patrick Lynn
66377, EDCF, PO Box 311
ElDorado, KS 67042