UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PATRICK G. LYNN,** | ) |
| | ) |
| Plaintiff, | )  Case No. 19-CV-3117-HLT |
| | ) |
| v. | ) |
| | ) |
| **CHARLIE WILLNAUER, et al.,** | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**COMES NOW** Samuel Bennett of Norris Keplinger Hicks & Welder, LLC, and hereby withdraws as counsel for defendants Charles Willnauer, M.D., and Ziauddin Monir, M.D.

John Hicks of the same firm remains as lead counsel for defendants Charles Willnauer, M.D., and Ziauddin Monir, M.D.. Pursuant to Local Rule 83.5.5(c) and Fed. R. Civ. Pro. 5(b), service was made on Charles Willnauer, M.D., and Ziauddin Monir, M.D., through their continuing attorneys.

*Respectfully Submitted*,

**NORRIS KEPLINGER
HICKS & WELDER, LLC**

By: */s/ Samuel Bennett*
John Hicks, jh@nkfirm.com, #20474
Samuel Bennett, sbennett@nkfirm.com, #26695
11551 Ash St., Ste. 200
Leawood, Kansas 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR DEFENDANTS CHARLES WILLNAUER, M.D., AND ZIAUDDIN MONIR, M.D.**

1

{0274525.DOCX}

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of October, 2022, the above and foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record. A copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

    Plaintiff pro se        Patrick Lynn
                                #64277
                                El Dorado Correctional Facility-Central
                                P.O. Box 311
                                El Dorado, KS 67042

And copies sent via email as follows:

    Whitney L. Casement
    Kate Marples Simpson
    4848 S.W. 21st Street, Suite 201
    Topeka Kansas 66604
    (785) 408-800/ (785) 408-8003 FAX
    wcasement@stevensbrand.com
    ksimpson@stevensbrand.com
    Attorneys for Defendant Todd Koob

                                                  /s/ *Samuel Bennett*
                                        Attorney for Charles Willnauer, M.D., and Monir Ziauddin, M.D.