UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRICK C. LYNN,<br><br>    Plaintiff,<br>v.<br><br>CHARLIE WILLNAUER, et al.,<br><br>    Defendants, | Case number: 19-3117-HLT |

**<u>DEFENDANT TODD KOOB'S MOTION FOR SUMMARY JUDGMENT/TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 56, D. Kan. Rule 56, and Fed. R. Civ. P. 12(b)(1), Defendant Todd Koob, through undersigned counsel, respectfully requests that the court take the following actions:

- Dismiss the claim against him, because he is entitled to Eleventh Amendment Immunity;

- Enter judgment for Defendant Koob on the claim against him because Plaintiff Patrick Lynn ("plaintiff") is an inmate at a Kansas Department of Corrections ("KDOC") facility and failed to timely exhaust administrative remedies as required by the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a) and Defendant Koob is therefore entitled to judgment as a matter of law;

- Should the court reach the merits of plaintiff's claim, Defendant Koob requests that the court enter judgment in his favor and against plaintiff, because there is no question of material fact as to the allegations against Defendant Koob and defendant is entitled to judgment as a matter of law; and

- Enter judgment for Defendant Koob, because defendant is entitled to qualified immunity, because he did not violate plaintiff's clearly established Constitutional rights.

Plaintiff filed a pro se prisoner civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendant Koob alleging that defendant violated plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. (Doc. 43-3.) It appears that plaintiff sues Defendant Koob in his official capacity for money damages. The extent of any injunctive relief sought is not clear from the face of the complaint. Accordingly, the claim against Defendant Koob should be dismissed for lack of subject matter jurisdiction.

The record establishes that Plaintiff did not exhaust his available administrative remedies as mandated by the PLRA and Kansas regulations, further warranting judgment against plaintiff.

Plaintiff claims Defendant Koob was deliberately indifferent to plaintiff's serious medical needs because plaintiff asked Defendant Koob to call him an ambulance, and instead of doing so, Defendant Koob spoke to plaintiff's in-prison medical providers and they determined an ambulance was not necessary. In such circumstances, prison officials are required to perform a gatekeeping function by telling medical staff about the prisoner's request or medical needs. Defendant Koob fulfilled this role. Deferring to plaintiff's medical providers' decisions relating to plaintiff's medical care, especially when doing so is consistent with Kansas Department of Corrections general orders, cannot constitute deliberate indifference to Plaintiff's serious medical needs. Particularly, as plaintiff was housed in the infirmary and already receiving medical care and supervision when plaintiff asked defendant to call an ambulance. The court should grant Defendant Koob's motion and grant judgment in his favor and against plaintiff.

For these reasons, and as explained more fully in the memorandum submitted in support of this motion, Defendant Koob requests that the court either dismiss the claims against Defendant Koob or grant judgment in his favor and against plaintiff.

Respectfully submitted,
STEVENS & BRAND LLP

By: s/ Kate M. Simpson
Kate M. Simpson, KS #26453
900 Massachusetts Street, Suite 500
Lawrence, KS 66044
785-843-0811- Phone
785-843-0341 - Fax
ksimpson@stevensbrand.com
*Counsel for Defendant Todd Koob*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, and a copy sent via first class mail, postage prepaid, to:

Patrick C. Lynn
64377
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042

*/s/ Kate M. Simpson*
Kate M. Simpson

3