In The U.S. District Court
For The District Of Kansas

Patrick, Lynn,
  Plaintiff
v.
Charlie Willnauer, et al.,
  Defendants

C/A #19-CV-
Motion For 30 Days
Time Extension

Patrick Lynn moves as styled above & pursuant to 28 USC §§ 1746 declares under penalty of perjury that the following facts are true & correct:

1.) <u>My legal & personal mail</u> — along w/every other EDCF prisoner's legal & personal mail — is routinely picked up by the EDCF EAI staff & subjected to "scratch & sniff" tests & other unknown tests, opened outside my presence & read, photocopied & shared w/other unknown state & federal officials, w/out my consent or court order & in arrogant contempt of my repeated protests (& others' too) & if not deemed to preposterously claimed to contain some unidentified chemical substance & corruptly seized, is then held for several weeks & resealed w/a glue stick or some like substance & then delivered.

Note the KDOC & EDCF as well, are in an ongoing illegal conspiracy to join 30 other state correctional conglomerates & money making private contractors to cause all incoming mail to be digitized & follow the BOP's mail policies, customs, & practices.

See also prior filing/Doc.# ___ submitted for efiling on 8-31-22 & actually efiled on 9-7-22 captioned "Plaintiff's Response To Doc.#85 ___ which I am unable to locate in the ROA that was rec'd on 11-7-22 & stops at Doc#109. And I attach this 8-31-22 submission herewith as yet more evidentiary proof my legal mail is being hijacked, see Exhibits A & B

1 of 2

2.) It is utterly impossible for me to file an adequate Reply to Defendant's Monir & Willnaver's Answer (Doc#96) w/in the next 30 days, nor to the Defendant Koob's Motion for Summary Judgment w/in the 2 wks ordered by the Court in Doc. #111 as I just recieved Doc.#96, & #104-108 on 11-7-22!

Wherefore, in the face of the ongoing prison lockdown & once a month law library access, & the press of deadlines & atty.-client meeting being repeatedly blocked for me & Atty. Scott for our 3 pending LVCD "1501" cases, I request & need 60 days to meet my obligations to reply to Doc#96 & Doc# 104-106.

Date: 11-8-22

Respectfully Submitted,

s/ _Patrick Lynn_
Patrick Lynn - Pro Se

Certificate of Service

I, Patrick Lynn, certify delivering the foregoing to EDCF UTS Henke to efile to the Clerk's Off. at 444 SE Quincy, Topeka, KS, 66603 & parties to this case, on 11-8-22.

s/ _Patrick Lynn_
Patrick Lynn
GA377, EDCF, PO Box 311
El Dorado, KS 67042

2 of 2