IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK C. LYNN,

    **Plaintiff,**

    v.

CHARLIE WILLNAUER, et al.,

    **Defendants.**

Case No. 5:19-cv-03117-HLT

## ORDER

Plaintiff Patrick C. Lynn brings this pro se prisoner civil rights case under 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's Motion for 30 Days Time Extension (Doc. 112). Despite the title of his motion, Plaintiff asks for a 60-day extension of time to respond to the Answer filed by Defendants Willnauer and Monir at Doc. 96, and Defendant Koob's Motion for Summary Judgment at Docs. 104–106. Plaintiff alleges that a delay in receiving his mail and limited library access make it impossible to respond by November 7, 2022.

Plaintiff is not required to file a response to an answer. Rule 7 provides that a reply to an answer is only allowed "if the court orders one." Fed. R. Civ. P. 7(a)(7). The Court has not ordered a reply to the answer.

Plaintiff's current deadline to respond to the motion for summary judgment is November 21, 2022. The Court will grant Plaintiff's motion to the extent that Plaintiff's deadline to file a response to the motion for summary judgment at Doc. 104 is extended to December 29, 2022.

THE COURT THEREFORE ORDERS that Plaintiff's Motion for 30 Days Time Extension (Doc. 112) is granted to the extent that Plaintiff's deadline to file a response to the motion for

summary judgment at Doc. 104 is extended to December 29, 2022.  If Plaintiff fails to respond, the Court will likely take up the motion without the benefit of his response.

IT IS SO ORDERED.

Dated: November 9, 2022                              /s/ *Holly L. Teeter*
                                                    HOLLY L. TEETER
                                                    UNITED STATES DISTRICT JUDGE