U.S. District Court
District of Kansas

Patrick Lynn,
    Plaintiff
    v.
Charlie Willnauer, et al.,
    Defendants

Case No. 19-CV-3117-HLT
Plaintiff's Good Faith Motion For An Additional 30 Days Time Extension Due To Ongoing Extraordinary Circumstances & Health Calamities

Plaintiff Patrick Lynn respectfully motions the Court as styled above & humbly declares under penalty of perjury per 28 USC §§1746 that the this pleading's contents are true & correct, & the defendants are not prejudiced but rather instead he is & he profusely prays the Court to grant his request & presents:

1.) That the Court granted a 60 day request for time extension due to his medical condition & having suffered another heart attack & being admitted to a Wichita hospital's ICU & thereafter being advised he needed another open heart surgery for heart valve replacement(s) & he was being sceduled for a cardiology/vascular surgeon consult & surgery procedures in January, 2023 & despite continuing heart issues & his declining health, prison medical providers at EDCF still haven't had him sent for all such procedures declared necessary, & no notice of when he is being sent for outside medical procedures.

This Court graciously granted an extension up to 2-20-23, & its now very distressing for him that he is still incapable, because of his dire heart health complications, of meeting that deadline.

2.) That on 12-16-23, Plaintiff was subjected to a malicious retaliatory cell (legal & personal) property trashing & confiscations/destructions orchestrated ("allegedly") by UTS Reeves on behalf of a vindictive CNA who passes out meds & preposterously demanded he swallow over one dozen heart meds dumped into a single cup of water, & she had been told by her superiors to cease that nonsense & caused him to declare a chest pains emergency so as to see supervisory medical staff in the clinic & as Plaintiff was being escorted out to the clinic, this vindictive CNA Charles went into UTS Reeves' Ofc. with C/O Hancock to whine to Reeves about Plaintiff having it in writing from the HSA that he is not required to submerge over a dozen "KOP" (Keep on Person) heart meds into a cup of water at once & swallow which he refused to do & as I was escorted out by M/Sgt. Kevin Pistotnik (whose father is renowned Wichita atty. Brian Pistotnik), he remarked that Reeves is absolutely not in her Centurion medical staff's chain of command to act on her nonsense protests.

I was then seen by EDCF Dr. Herrod & when he heard what this unskilled vindictive amatuer Charles was repeatedly doing after being told not to, he stated he would straighten her out as soon as she returned to the clinic & retrieve these KOP meds & given to me. He then had →

1 of 4

RN Wolff give me a narcotic injection into my hip/buttock to calm my racing heart palpitations & I then witnessed Dr. Herrod having a stern "counseling" session w/ CNA Charles & another RN brought me my KOP's to take however I chose to take them.

And after being given my KOP meds I returned to my cell & was then moments later seized by 3 SST's ("Special Security Team) who dress in all black & who act like storm Trooper gestoppo (& led by CO2 Mayberry, & Torch, & Owen) took me to a showers area & stripped searched me & then these 3 SST's entered my cell & pulled a curtain covering the entire doorway to prevent anyone seeing into my cell & what they were doing & they had the cell door electronically closed.

And for the next roughly 40 mins, these 3 maliciously trashed my legal & personal property, & they exited my cell carrying 6 clear see-thru "trash bags" full of papers & items later discerned to have been my my confidential notes & evidentiary documents in my pending state & federal (this case) cases, including my Rebuttal Motion drafted pages due on 2-20-23. I was mortified by the volume of bags taken out of my cell simply because I did not keep any trash in my cell & was to stand outside of my cell's doorway looking into the cell to see dumped legal files & lawbooks, & personal property laying all over the cell floor, across my entire bed & desk area — it looked like a tornado passed thru my cell. I quickly summoned the cellblock officers to come look at my cell as the 3 SST's were exiting the cellhouse w/ arrogant smirks & carrying those 5 see thru trashbags of my property, & both M/Sgt. Pistotnik & C/O Barker were as stunned as I & numerous other residents were. I requested over & over to both Pistotnik & Barker to teleph. the Capt.'s Ofc. & request they send a camera to the cellhouse to photograph my maliciously ransacked cell, & told thereafter that no camera was being sent but both would verify seeing the 3 SST's leave my cell w/ 5 or 6 see thru trash bags & that they saw the inside of my cell w/ everything recklessly scattered & dumped disarrayed on the floor, desk, & bed.

I thereafter submitted an emergency grievance to the Warden & he referred it to a notoriously corrupt cellhouse UTM Amanda Johnson & she issued a rote coverup false report & pathetically adopted the corrupt 3 SST's involved denials & she made zero effort to preserve the cellhouse security video camera tapes showing these 3 SST's coming into the cellhouse, taking me to be stripped searched, & then going in my cell & closing the cell door & pulling a curtain over the doorway to conceal what they were criminally doing to obstruct justice in my pending court cases & violating my state & federal legal rights & protections, & she deliberately refused to speak to Pistotnik & Barker, & she sent a consciously false findings report/reply to my grievance back to the Warden & he adopted her corrupt nonsense & he too refused to talk to Pistotnik & Barker, & I appealed these corrupt actionable criminal abuses to the SOC & he/his designee still haven't replied or acted. After recieving UTM Johnson's corrupt grievance reply, I spoke w/ both Pistotnik & Barker & told nobody had contacted them for what they saw & witnessed. Thereafter Pistotnik told me then took it upon himself to go speak to UTM Johnson & tell her himself what→

2 of 4

both he & Barker witnessed & saw. Pistotnik stated that Johnson attempted to mock & intimidate him for speaking his eyewitness truths to her.

I also separately submitted simultaneously a rushed "Lost Property Claim" for what I was able to then discern what was missing from my legal & personal property — & like always, I've not recieved any reply & my inquiries go ignored.

I also solicited investigation & videotapes preservation to Deputy Warden's Howes & Moore, & EAI/EDCF staff.

Furtherstill, I repeatedly pleaded w/ appt.'d counsel Gerald Scott of Wichita (appt.'d by BIDS & LVCO D.Ct. Judge Kuckleman to my 3 pending KSA 60-1501 cases! #17-cv-149, #19-cv-182, #21-cv-050) to send written requests to the EDCF Warden Tommy Williams, & to KDOC S.O.C. Jeff Zmuda to cause an independent legit investigation per KSA 75-5251 statutory mandates into these 12-16-22 events, & to seize/safekeep the EDCF D-1 cellhouse security camera tapes of these 12-16-22 events, & to demand the return of my missing pleadings, documentary evidences & hand-written notes maliciously & unlawfully taken from my pending court cases legal files, & to immediately motion the LVCO D.Ct. for an Evidentiary hearing & Protective Orders, & hold hearings here, at HCF & LCF per KSA 60-612(a) & have a Special Master appt.'d per KSA 60-253(2)(1) et seq. & such other overdue orders per KSA 60-1505(c),(d), &(e)(2)&(3), & KSA 60-2606 & KSA 21-5105.

I was thereafter advised by open-readable prison tablet email from Atty. Scott on 1-19-23 @ 5:21 pm, stating:

> "Judge gave us hearing date on protective orders for 2-16-23. The lawyer who was handling cases for defendants is no longer there & they are in process of hiring someone. The lawyer who showed up for them said they are willing to try to get this settled with you. Please call me to discuss. I know my cell number is privileged."

Because the timeline to have the 12-16-22 cellhouse videotapes secured expired & are no longer available due to counsel not following thru on a laundry list of mandatory neccessities, Atty. Scott was terminated. I have notified him & the Court of his termination & reasons why.

Furtherstill, shortly after the 12-16-22 cell ransacking, I was advised that this UTS Reeves is the culprit who "called in favors" w/ the EDCF SST's (he was previously an EDCF SST & no matter what uniform he wears, he a renowned corrupt bully w/ a badge who is profoundly detested as he routinely abuses his authority w/ impunity) & he orchestrated the criminal acts against me on 12-16-23 as a favor to the CNA Charles.

It bears reciterating here that amongst the Protective Orders subject matters being heard on 2-16-23, are the 12-16-22 ransackings & coverup, & the apparent denial of outside dire medical treatment & open heart surgery that's been postphoned.

3.) That about 2-3 wks. ago I was advised that because I've not had any D/R convictions for past 14 mos. that I've now "earned" my low medium custody status & I am being transferred any day to the new "Over 50 with Health Issues - Winfield Facility."

Wherefore, it is not any intention to delay completing my Responsive Rebuttal pleading, & Defendants will not suffer any prejudice, & I simply continue being corruptly target by prison staff who deem themselves unaccountable. I am the one severely disadvantaged by the destructions of my pleading draft, documentary evidences & substantial work product notes... & overwhelmed w/ the stress caused by these events & affecting my physical & psychological health.

I respectfully request the Court to grant me 30 days as I endeavor to replicate my Rebuttal Responses pleading, & it would help immensely if the Court would Order the SOC to videotape any future property shakedown, & expedite my deteriorating heart condition outside medical treatment needs & comply w/ his statutory duties cited in KSA 75-5251, I will suffer a manifest injustice if denied relief requested.

Respectfully Submitted,

2-14-23
Date

s/ Patrick Lynn
Patrick Lynn - Pro Se

Certificate of Service.
I, Patrick Lynn, certify delivering this pleading to EDCF staff to efile to the US Dist. Ct. Clerk's Ofc. at 444 SE Quincy, Topeka, KS, 66683, & parties of record, on this 14th day of Feb. 2023.

s/ Patrick Lynn
Patrick Lynn
64377, EDCF, P.O. Box 311
El Dorado, KS 67042