U.S. District Court
District of Kansas

Patrick Lynn,
  Plaintiff
  v.
Charlie Willnaver, et al,
  Defendants

Case No. 19-CV-3117-HLT
Verified Motion For An Additional Ten Days Time Extension Due To Ongoing Extra-Ordinary Circumstances

Patrick Lynn moves as styled above & per 28 USC § 1746 respectfully declares under penalty of perjury that the following is true & correct:

1.) That all of my legal materials & personal property has been packed-up for transfer to a new Winfield Low-Medium Facility designated for over 50 yrs. old prisoners w/severe health problems (for around 75 prisoners statewide eligible) & was supposed to have been sent there 2 wks ago & an entire box of legal files & materials key to his obligations for responses to Doc.'s #105 & #115 in this case (& the 3 pending LVCO "1501" cases deadline extended now to 4-20-23) have been seized for past 2-3 wks. by prison officials here & I was advised by Unit Team Reynolds that he & I must sort thru these materials before I can transfer (per Deputy Warden Howes/who also "guaranteed" I'd be transferred to the new "old VA Hospital" converted prison weeks ago) & that the earliest we can do this absurd "examination" is on Friday 3-17-23, & that I would transfer then to WCF likely on Monday 3-20-23. Note I sent D/W Howes a protest yesterday on this nonsense). So, nobody is prejudiced but me by giving me a ten day extension up to 3-31-23 to file my due Responses. Also I ask the Court if a stay has been issued in this case by the Houston, TX fed. Ct., see attached Exhibit Doc #30-1 at Pg. 6, citing this case? This motion is made in good faith & I will suffer greatly if denied. Respectfully Submitted,

3-15-22/Wed

Patrick Lynn
Plaintiff Pro Se

1 of 2

Certificate of Service

I, Patrick Lynn, certify delivering the foregoing to EDCF officials to efile on 3-15-23 to the U.S. District Court Clerk's Ofc., at 444 SE Quincy, Topeka, KS, 66683, & parties hereto.

s/ Patrick Lynn

Patrick Lynn
64377, EDCF, P.O. Box 311
El Dorado, KS 67042

2 of 2