IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRICK C. LYNN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 5:19-cv-03117-HLT |
| | ) |
| CHARLIE WILLNAUER, et al., | ) |
| | ) |
|     Defendants. | ) |

**RESPONSE TO PLAINTIFF'S NOTICE OF CORIZON BANKRUPTCY**

COMES NOW Defendants Aleycia McCullough, MBA ("Ms. McCullough") and Debra Lundry, R.N. ("Nurse Lundry"), and in response to Plaintiff's Notice (Doc. 141) regarding In re: Tehum Care Services, Inc., Case No. 23-90086 (CML), pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, state as follows:

1. Tehum Care Services, Inc., formally known as, and still doing business as, Corizon Health, Inc. and Corizon, LLC ("TCS" or the "Debtor"), is the former employer of Defendants Aleycia McCullough, MBA and Debra Lundry, R.N. as Health Services Administrators at the Lansing Correctional Facility, and the Hutchinson Correctional Facility, respectively, at the time of the events at issue in this case. These defendants have filed the joint Motion to Dismiss and Suggestions in Support (Docs. 115 and 118) now pending before this Court.

2. On February 13, 2023 (the "Petition Date"), TCS filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

3.　As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

4.　The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case as it relates to Corizon Health, Inc. and Corizon, LLC ("Corizon"). However, Corizon is not a named party defendant in this lawsuit since it was dismissed from this matter pursuant to this Court's Memorandum and Order (Doc. 45) that resulted from the initial screening of this case.

5.　Plaintiff refers to a proposed "Interim Order Granting Debtor's Emergency Motion to Extend and Enforce the Automatic Stay" and its attached exhibit containing "Non-Debtor Indemnified Parties" with reference to this lawsuit and identification of Ms. McCullough and Nurse Lundry as indemnified D&Os/Employees.  (Docs. 30-1, at 6; and 30-2at 6). However, this Court properly recognizes that these documents consist of proposed, unsigned orders while the formally entered Order does not include this case on its attached exhibit list. (Doc. 142 at 1).

6.	Defendants Aleycia McCullough, MBA and Debra Lundry, R.N. have not filed a Suggestion of Bankruptcy or Notice of Automatic Stay in this lawsuit for the reasons stated above in ¶ 5.

WHEREFORE, Defendants Aleycia McCullough, MBA and Debra Lundry, R.N. respectfully request the Court to enforce the current briefing schedule on the pending dispositive motions and the additional requested briefing on the exhaustion as set forth in the Orders entered as Docs. 140 and 142.

Respectfully submitted,

*/s/ Roger W. Slead*
Roger W. Slead		KS # 13574
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700
(816) 421-0800 FAX
rslead@hab-law.com

**Attorneys for Defendants**
**Aleycia McCullough, MBA and**
**Debra Lundry, R.N.**

4857-4830-1648

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing was filed through the Court's electronic filing system on this 3rd day of May, 2023, which will provide notice of this filing and make a copy available to all of those that have entered an appearance in this matter:

Katherine Simpson
Whitney L. Casement
Stevens & Brand, LLP
4848 SW 21st Street, Suite 201
Topeka KS 66604

*Counsel for Defendant*
*Todd Koob*

John Hicks
Bryan Cox
Norris Keplinger Hicks & Welder, LLC
11551 Ash Street, Suite 200
Leawood, KS 66211

*Attorney for Defendants*
*Charlie Willnauer, M.D. and Ziauddin Monir, M.D.*

Natasha Carter
Kansas Department of Corrections – Topeka
714 SW Jackson, 2nd Floor
Topeka, Kansas 66603

Jon D. Graves
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67507-1568

*Attorneys for Interested Party*
*Kansas Department of Corrections*

4857-4830-1648

The undersigned further certifies that a copy was mailed, via First Class U.S. Mail, postage prepaid, also on the 3rd day of May, 2023, to:

Patrick Lynn #64377
El Dorado Correctional Facility – Center
P.O. Box 311
El Dorado, KS 67042

Pro Se Plaintiff

*/s/ Roger W. Slead*
Attorney

5

4857-4830-1648