U.S. District Court
District of Kansas

Patrick C. Lynn,
　　Plaintiff
　　v.
Charlie Willnauer, et al.,
　　Defendants

C/A 19-CV-3117-HLT

Plaintiff's Rebuttal To Defendant's Doc. #144

Per 28 USC §1746, Plaintiff declares the following is true & correct & stated in good faith & under penalty of perjury, & presents:

1.) I recieved the Doc. #144 by U.S.P.S. on 5-11-23.

2.) Judge Teeter's dismissal of Corizon & the other 90 plus named defendants (Doc. #45) is not the end all/be all untill the 10th Cir. rules on what I confidently believe is erroneous the same as former Chief Judge Robinson's previous dismissal reversed & remanded by the 10th Cir. in this case on 8-12-20.

3.) Furthermore, I allege & believe that this Slead character engaged in additional nefarious activity, which is being simultaneously pursued in the TX Bankruptcy case, & somehow had my being included in the TX Corizon bankruptcy proceedings re Corizon, & HSA Lundry, & HSA McCullough. I understand I am no longer "redlined" & continue to recieve voluminous pleadings & orders from the TX Court & parties since filing my claim inclusions, & most recently recieved the attached pleading order from the Court & sent another claim via certified mail.

4.) I adamantly allege & believe that Roger Slead is not to be trusted & has an extremely long history of engaging in frauds on the Court against pro se litigants & a virtual laundry list of enemies well-versed in extreme vidence.

5.) This Court will do whatever it pleases, & yet there is zero doubt that had an experienced atty. been appt.'d at any point, none of the named defendants would have gotten away w/the corrupt decietsa perjurous frauds they have in this case & countless other cases in this Court, & Eric Melgren is an entrenched corrupt confederette.

1

6.) It would seem prudent, & the Court's duty to appt. counsel to address these matters, & likewise to consult the TX Court/ presiding Judge Christopher Lopez, Dallas atty. Jason Brookner.

Wherefore, I move for the Court to reject Slead's frauds & hold a separate Zoom hearing to develop the record & sanction him. Ask him key questions under oath. The TX court didn't just "redline" me months ago (& reinstated me weeks ago) w/out some corrupt activity precipitating it.

5-18-23
Date

Respectfully Submitted,
S/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick C. Lynn, certify delivering the foregoing to EDCF staff to efile to the Clerk's Ofc. at 444 SE Quincy, Topeka, KS, 66683, on 5-18-23, & parties hereto.

S/ Patrick C. Lynn
Patrick C. Lynn
6A377, EDCF, P.O. Box 311
El Dorado, KS, 67042