IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK C. LYNN,

    Plaintiff,

    v.

CHARLIE WILLNAUER, et al.,

    Defendants.

Case No. 5:19-cv-03117-HLT

## MEMORANDUM AND ORDER

Plaintiff, Patrick C. Lynn, brings this pro se prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff is currently incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On May 19, 2023, the Court entered a Memorandum and Order granting Defendant's Motion for Summary Judgment (Doc. 152) and a Memorandum and Order granting Defendants' Motion for Summary Judgment and dismissing the remaining claims without prejudice for failure to exhaust administrative remedies (Doc. 153). This case was closed on May 19, 2023.

This matter is before the Court on Plaintiff's Motion for Additional 28 Days Time Extension to File Rule 59(e) Motion Due to Exceptional Circumstances (Doc. 156). Plaintiff seeks an extension of time to file a Rule 59(e) motion to alter or amend the Court's judgments.

Rule 59(e) allows a litigant to file a "motion to alter or amend a judgment." *See* Fed. R. Civ. P. 59(e). "The time for doing so is short—28 days from entry of the judgment, with no possibility of an extension." *Banister v. Davis*, 140 S. Ct. 1698, 1703 (2020) (citing Fed. R. Civ. P. 6(b)(2) (prohibiting extensions to Rule 59(e)'s deadline)). "The Rule gives a district court the chance 'to rectify its own mistakes in the period immediately following' its decision." *Id*. (citation

omitted); *see also United States v. Zook*, 2022 WL 17438062, at *2 (10th Cir. 2022) (unpublished) (stating that "Rule 59(e)'s time period 'is triggered by *entry of the judgment*,' not by service, and Rule 6(b)(2) prohibits a court from extending Rule 59(e)'s time period") (citing *Parker v. Bd. of Public Utilities*, 77 F.3d 1289, 1291 (10th Cir. 1996)).  Because Fed. R. Civ. P. 6(b)(2) prohibits the Court from extending the time period in Rule 59(e), Plaintiff's motion is denied.

THE COURT THEREFORE ORDERS that Plaintiff's Motion for Additional 28 Days Time Extension to File Rule 59(e) Motion Due to Exceptional Circumstances (Doc. 156) is **denied.**

IT IS SO ORDERED.

Dated: June 13, 2023         /s/ *Holly L. Teeter*
                             HOLLY L. TEETER
                             UNITED STATES DISTRICT JUDGE