U.S. District Court
District of Kansas

| | |
|---|---|
| Patrick C. Lynn, Plaintiff | C/A #19-CV-3117-HLT |
| v. Charlie Willnaver, et al., Defendants | Notice of Appeal To Tenth Circuit Court of Appeals |

Pursuant to FRAP Rule 3(c)(1)(A)-(C), Plaintiff Patrick C. Lynn appeals to the U.S. Court of Appeals for the Tenth Circuit from the final Judgment entered on 5-19-23, & all other Orders arbitrarily issued in this case.

6-16-23
Date

S/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick C. Lynn, certify delivering the foregoing to EDCF staff to efile to the Clerks Ofc. at 444 SE Quincy, Topeka, KS 66683, & parties on 6-16-23.

S/ Patrick C. Lynn
64377, EDCF, PO Box 311
El Dorado, KS 67042