U.S. District Court
District of Kansas

Patrick Lynn,
Plaintiff-Appellant
v.
Charlie Willnaver, et al.,
Defendants-Appellees

D.Ct. C/A# 19-CV-3117-HLT
10th Cir. Case# 23-3111

Verified Motion For Additional Ten Days Time Extension To 8-15-23

Pursuant to 28 USC §1746, Patrick Lynn declares under penalty of perjury that the following is true & correct, & humbly motions the courts as styled above & states:

1.) The Tenth Circuit's records show that I inadvertently sent their Clerk's Ofc. the filing fee payment for the appeal docketing in this case & they sent it back to me or prison officials & issued a due date of 8-4-23 when I motioned for extra time, as prison banking officials are dysfunctional in timely processing any court fees from prisoner accts. & its been about 2 wks. since the 10th Cir. returned my appeal payment fee & neither my prison acct. shows return nor has my documents to EDCF prison officials requesting that the $505. Tenth Cir. appeal fee be paid instead to the D.Ct. Clerk's Ofc. in Topeka, been responded to which is both vexing & my follow up inquiries unanswered.

2.) I am vigorously trying to resolve this w/EDCF officials (Deputy Warden Bos & prison acct. banking staff) & being optimistic that payment in full can be made w/in an extra ten days time extension past the present 8-4-23 due date — up to 8-15-23, I thus request such extension & if the Clerk's Ofc. is so inclined, to simply light some fires (multiple) w/the KDOC legal ofc. to cut thru whatever obstacles exist so that my payment is paid w/out further undue delay. Youbetcha that will help expediting such.

1 of 2

3.) And I further request the D.Ct. Clerk's ofc. to email a copy hereof to the Tenth Circuit Clerk's ofc. for their attention as I Mail a duplicate to them in the meantime.

7-31-23
Date

Respectfully Submitted
s/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick Lynn, certify efiling the foregoing to the D.Ct. Clerk's Ofc. on 7-31-23, at 444 SE Quincy, Topeka, KS, 66683, & parties;
And mailing a duplicate to the Tenth Cir. Clerk's Ofc. at 1823 Stout St., Denver, Colo., 80257.

s/ Patrick C. Lynn
Patrick C. Lynn
64377, EDCF, PO Box 311
El Dorado, KS 67042