9-10-23

Dear Clerk's Ofc,

Please note my change of address for 10th Case #23-3111, is WCF, 1806 Pinecrest Circle, Winfield, KS 67156

Pat Lynn
GA377, WCF,
1806 PineCrest Circle
Winfield, KS 67156

Priority
Legal Mail
9-11-23

Clerk's Off. — 10th Cir.
1823 Stout St.
Denver, Colo.
80257

WICHITA KS 670
19 SEP 2023 PM

$ 000.63
02 1P
0000934190   SEP 19 2023
MAILED FROM ZIP CODE 6715

Scanned by US Marshal

80257-